Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Neumann,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Amerifund, Inc., an Arizona corporation; and Robert W. Rasmussen and Terrylyn R. Rasmussen, a married couple,<br><br>　　　　　　Defendants. | No.: CV-25-02479-PHX-GMS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)**<br><br>(Assigned to the Honorable G. Murray Snow) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree to an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint until up to and including August 19, 2025. Good cause exists for such an extension, which would be the first such extension granted, as the parties are currently discussing the possibility of settlement.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 30th day of July 2025.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Defendants*

**BENDAU & BENDAU PLLC**

By  /s/ Clifford P. Bendau, II (w/ permission)
    Clifford P. Bendau, II
    Christopher J. Bendau
    P.O. Box 97066
    Phoenix, AZ 85060
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clifford P. Bendau, II
cliffordbendau@bendaulaw.com
Christopher J. Bendau
chris@bendaulaw.com
**BENDAU & BENDAU PLLC**
P.O. Box 97066
Phoenix, AZ 85060
(480) 382-5176
*Attorneys for Plaintiff*


    /s/ Ben Dangerfield

2