Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Debra Neumann, | No.: CV-25-02479-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Amerifund, Inc., an Arizona corporation; and Robert W. Rasmussen and Terrylyn R. Rasmussen, a married couple, | |
| Defendants. | (Assigned to the Honorable G. Murray Snow) |

THE COURT, having reviewed the "Stipulation for Extension of Time to Respond to Complaint (First Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Defendants shall have until up to and including August 19, 20925 within which to file an Answer, or otherwise respond, to Plaintiff's Complaint.