1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9    Debra Neumann,                                No. CV-25-02479-PHX-GMS

10                   Plaintiff,                    **ORDER**

11   v.

12   Amerifund Incorporated, et al.,

13                   Defendants.

14

15

16          Before the Court is the parties' Stipulation for Extension of Time to Respond to

17   Complaint (Doc. 10).

18          **IT IS ORDERED** granting the parties' Stipulation for Extension of Time to

19   Respond to Complaint (Doc. 10).

20          **IT IS FURTHER ORDERED** Defendants' responsive pleading to Plaintiff's

21   Complaint is extended up to and including **August 19, 2025**.

22          Dated this 31st day of July, 2025.

23

24                    _____

                      G. Murray Snow
25                    Senior United States District Judge

26

27

28