**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Debra Neumann**, | No. 2:25-cv-02479-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **Amerifund, Inc.**, et al., | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby advises the Court that the parties have reached an agreement to resolve this matter. All claims and defenses for Plaintiff and Defendants in this matter have been resolved. Plaintiff will file a notice of dismissal with prejudice within 45 days.

RESPECTFULLY SUBMITTED this 18th Day of August, 2025.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

**Certificate of Service**

I certify that on this 18th day of August, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Clifford P. Bendau, II*