# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Neumann, | No. CV-25-02479-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Amerifund Incorporated, et al., | |
| Defendants. | |

The Court has been advised that this case has settled (Doc. 12).

**IT IS ORDERED** that this matter will, without further Order of this Court be dismissed with prejudice within **30** days of the date of this Order unless Plaintiff files a notice of dismissal prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **September 18, 2025** without further leave of Court.

Dated this 18th day of August, 2025.

_____
G. Murray Snow
Senior United States District Judge