**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Debra Neumann**, <br><br> Plaintiff, <br><br> vs. <br><br> **Amerifund, Inc.**, et al., <br><br> Defendants. | No. 2:25-cv-02479-GMS <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Debra Neumann, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 4th Day of September, 2025.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

**Certificate of Service**

I certify that on this 4th day of September, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Clifford P. Bendau, II*